# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO. 3:08CR93-WEB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| BRYAN KOS ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Adopt Extension Of Time To File Response" (Document No. 15) filed by the defendant, Bryan Kos, on August 22, 2008. In essence, the Defendant seeks an extension of time to respond to the government's motion in limine (Documents No. 13). Insofar as the Court has already granted this extension for the co-defendant, the motion will be granted.

**IT IS THEREFORE ORDERED** that the "Motion To Adopt Extension Of Time To File Response" (Document No. 15) filed by the defendant, Bryan Kos, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant, Bryan Kos, shall have until September 22, 2008 to file a response to the government's motion in limine (Document No. 13).

Signed: August 27, 2008

David C. Keesler
United States Magistrate Judge