UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BRYAN S. KOS | ) | |

This matter is before the court on the government's motion to dismiss. Because defendant has pled guilty to related charges in Case No. 3:09-CR-33, the motion is ALLOWED and the counts of the indictment in this matter as they relate to defendant are DISMISSED.

This 20 October 2009.

W. Earl Britt
Senior U.S. District Judge